IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KYUNG INN HWANG,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv773-MHT |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION**

Pursuant to 28 U.S.C. § 2255, petitioner filed this lawsuit seeking habeas relief from his federal conviction and sentence of imprisonment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied without an evidentiary hearing. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of July, 2022.

                                         /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**